1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11    ROE,                                              No. C 10-04768 CRB
                                                          CR-08-730 WHA
12                    Plaintiff,
                                                      **ORDER REFERRING MATTER FOR**
13        v.                                          **DETERMINATION OF**
                                                      **RELATEDNESS**
14    CITY AND COUNTY OF SAN
      FRANCISCO, et al.,
15
                      Defendants.
16    _____/

17

18        It appears to this Court that the above-captioned matter may be related to ongoing

19    criminal proceedings pending in CR-08-730-WHA.  Therefore, the Court refers this matter to

20    Judge Alsup for a determination of whether it ought to be reassigned to his docket.

21        **IT IS SO ORDERED.**

22

23

24    Dated:  February 4, 2011              _____
                                            CHARLES  R. BREYER
25                                          UNITED STATES DISTRICT JUDGE

26

27

28

G:\CRBALL\2010\4768\Order re possible relation.wpd