United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ROE,

          Plaintiff,

  v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

          Defendants.

                      /

No. C 10-04768 WHA

**ORDER DENYING SECOND
REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE**

The Court **DENIES** the parties' request to continue the case management conference.

The case management conference will go forward as set on **FEBRUARY 23, 2012, AT 3:00 P.M.**

      **IT IS SO ORDERED.**

Dated:  February 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE