United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL FRANCO,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, San Francisco Chiefs of Police HEATHER FONG and GEORGE GASCON, SANDRA C. JACQUEZ FLORES, CHRISTOPHER MERINDINO, BRIAN GINN, MARIO MOLINA, JOSEPH L. FORD, DANIEL H. BUTLER, ELIZABETH A. WICKMAN, KENNETH KARCH, EMJOHN V. PASCUA, MICHAEL J. KLINKE, JOHN S. POSUSNEY, DAVID S. PARNELL, TSENG CHOW, AMY POLING, GEORGE DOBBERSTEIN, CHRISTINE LASCALZO, KRISTINE CARTER, FRANCISCO MARTINEZ, NICOLAS T. FORST, MARK HAMMELL, SANG JUN, GREGORY A. JENKINS, CHRISTINE LOSCALZO, BEN HORTON, SCOTT LAU, JOHN CAGNEY, TOM NOOLAN, and DEFENDANT DOES 1–40,

    Defendants.
    /

No. C 10-04768 WHA

**CASE MANAGEMENT ORDER**

    As stated at the February 23 case management conference, defendants will have until **APRIL 5, 2012,** to file their motions to dismiss. The opposition is due by **MAY 3**. Replies are due by **MAY 17**. A hearing on the motions will be held at **8:00 A.M.** on **THURSDAY, MAY 31**. To the foregoing extent, the stay is **LIFTED**.

    **IT IS SO ORDERED**.

Dated: February 24, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE