IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FRANCO,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, San Francisco Chiefs of Police HEATHER FONG and GEORGE GASCON, SANDRA C. JACQUEZ FLORES, CHRISTOPHER MERINDINO, BRIAN GINN, MARIO MOLINA, JOSEPH L. FORD, DANIEL H. BUTLER, ELIZABETH A. WICKMAN, KENNETH KARCH, EMJOHN V. PASCUA, MICHAEL J. KLINKE, JOHN S. POSUSNEY, DAVID S. PARNELL, TSENG CHOW, AMY POLING, GEORGE DOBBERSTEIN, CHRISTINE LASCALZO, KRISTINE CARTER, FRANCISCO MARTINEZ, NICOLAS T. FORST, MARK HAMMELL, SANG JUN, GREGORY A. JENKINS, CHRISTINE LOSCALZO, BEN HORTON, SCOTT LAU, JOHN CAGNEY, TOM NOOLAN, and DEFENDANT DOES 1–40,<br><br>    Defendants.<br>                                          / | No. C 10-04768 WHA<br><br>**NOTICE RE LETTER RECEIVED** |

    The Court has received the letter appended hereto concerning defendant Michael J. Klinke. If a motion for stay is to be made, it must be made by counsel for Mr. Klinke. It may not be made by a military officer having nothing to do with this lawsuit. Counsel for Mr. Klinke should consider whether to bring such a motion. If such a motion is brought, it should be made in the normal course on the 35-day track. In the meantime, the Court is required to disregard the letter from the military officer.

    **IT IS SO ORDERED.**

Dated: June 26, 2012.

                                                                 WILLIAM ALSUP
                                                                 UNITED STATES DISTRICT JUDGE