GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green LC
155 Montgomery Street Suite 901
San Francisco CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Plaintiff
MANUEL FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John ROE (MANUEL FRANCO),<br><br>            Plaintiff,<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendant. | Case No. CV-10-4768<br><br>**REQUEST FOR RELIEF** |

    This morning the Court filed its Order granting Plaintiff leave to move to amend his complaint. However, the Order directed that Plaintiff must file her Motion to Amend by 5:00 p.m. (ECF 82). Unfortunately, overnight, the office computers upgraded, changing their configurations which caused the computers to stop being able to open and read ECF documents.  This was true even when signing in directly to PACER.

    Finally, around 6:00 p.m. with technical support, we were able to resolve the problem on one computer only.  Accordingly, we were unable to read the Court's order until after the deadline had passed.  Plaintiff requests an allowance to 7:00 p.m. to file the Motion to Amend the Complaint that was attached to the Motion to Extend Time to File Leave to File an Amended Complaint.

1 | Respectfully submitted,
2 | DATED: June 26, 2012
3 |                                         Law Offices of Geri Lynn Green, LC
4 |
5 |                              By:____/s_____
6 |                                      GERI LYNN GREEN
                                          Attorney for Plaintiff
7 |                                        MANUEL FRANCO

IT IS HEREBY ORDERED that the relief Plaintiff seeks is GRANTED in the above matter. Plaintiff's Motion to Amend his Complaint will be received as timely.

**IT IS SO ORDERED.**

Dated: June 29, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE