United States District Court

For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11                                                    No. C 10-04768 WHA

12   MANUEL FRANCO,

13            Plaintiff,

                                                      **ORDER DISMISSING**
14      v.                                            **DEFENDANT**
                                                      **SANG JUN**
15   CITY AND COUNTY OF SAN FRANCISCO, San Francisco
     Chiefs of Police HEATHER FONG and GEORGE GASCON,
16   SANDRA C. JACQUEZ FLORES, CHRISTOPHER
     MERINDINO, BRIAN GINN, MARIO MOLINA, JOSEPH
17   L. FORD, DANIEL H. BUTLER, ELIZABETH A.
     WICKMAN, KENNETH KARCH, EMJOHN V. PASCUA,
18   MICHAEL J. KLINKE, JOHN S. POSUSNEY, DAVID S.
     PARNELL, TSENG CHOW, AMY POLING, GEORGE
19   DOBBERSTEIN, CHRISTINE LASCALZO, KRISTINE
     CARTER, FRANCISCO MARTINEZ, NICOLAS T. FORST,
20   MARK HAMMELL, SANG JUN, GREGORY A. JENKINS,
     CHRISTINE LOSCALZO, BEN HORTON, SCOTT LAU,
21   JOHN CAGNEY, TOM NOOLAN, and DEFENDANT
     DOES 1–40,
22
              Defendants.
23   _____/

24          By order dated July 23, 2012, plaintiff was ordered to show cause why defendant Sang

25   Jun, the only defendant who did not move for dismissal, should not be dismissed from this action

26   for the reasons stated in the dismissal order and the order denying the motion for leave to amend.

27   Plaintiff failed to respond.  Because the reasons in the dismissal order and the order

28

denying the motion for leave to amend apply equally to defendant Sang Jun, he is hereby

**DISMISSED** from this action.  The *Heck*-barred claims (as set forth in the order of dismissal)

raised against defendant are **DISMISSED WITHOUT PREJUDICE.**


      **IT IS SO ORDERED.**



Dated:  August 9, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE